## Addams v. Hudson

Nathaniell Addams of Boston Turner y^e Elder Attourney to & for Robert Owen now or late of s^d Boston Vintn^r plantiff against Cap^t William Hudson Defend^t in an Acion of the case for withholding & unjustly deteyning the sum of sixty fiue pounds seauen shillings & eleven pence of Currant Money of New England from the said Robert Owen which appears to be due to the said Robert Owen from the said William Hudson vppon an Accoumpt made vp betwene them by M^r Anthony Stoddard Cap^t William Dauis and M^r Brattle who were appoynted by the Court to Auditt the Acomp^ts betwene the s^d Owen & the s^d Hudson with other due Damages according to Attachm^t Dat y^e 28th of Septemb^r 1671 . . . the Jurie . . . found for the Defend^t Costs of Court twenty sixe shillings.

## Man v. Whitcomb

John Man pl^t against James Whitcomb Defend^t & the pl^t not appearing after due calling was declared nonsuited.

## Clarke v. Nicholls

Thomas Clarke late of Plymouth plantiff against the Goods or Estate of John Nicholls sonn to Mordecay Nicolls late of Boston deceased in the possession of John Wiswall Sn^r Guardian to the said John Nicholls Def^t in an Action of the case for non payment for disburstments which the s^d Clarke hath laid out in building a new howse upon the Ground & repayring the old howseing of the said John Nicholls at the request of his Mother late wife to the said Thomas Clarke & vpon her promise that the said Clarke should be [3] paid for the same out of her Estate which Disburstments haue beene apprized at seauenty fiue pounds with interest & other due Damages according to Attachm^t Dat the 26th of 8^br 1671 . . . the Jury . . . brought in a spetiall verdict Viz^t If man & wife haue power to make bargains one with another y^t will stand good in Law then wee finde for the plantiffe seauenty fiue pounds & Costs of Court if not wee finde for the Defend^t costs of Court. The Magistrates on perusall of this case & Verdict Judg^d for the Defend^t costs of Court the plantiff appealed from this Judgment to the next Court of Assistants & the said Thomas Clarke as prinsipall in seaventy fiue pounds & John Saffin & Anthony Chickley in thirty fiue pounds apeice acknowledged